UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

MICHELLE FARABAUGH,

                          Plaintiff,

         -against-

1-800-FLOWERS.COM, INC. and HARRY and DAVID, LLC,

                         Defendants.

---------------------------------------------------------------X

Civ. No.: 2:21CV-06694

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the attorneys for Plaintiff Michelle Farabaugh ("Plaintiff") and the attorneys for Defendants 1-800-Flowers.com, Inc. and Harry and David, LLC ("Defendants"), that the above-captioned action be and is hereby dismissed and discontinued in its entirety as against Defendants with prejudice, and with no award of attorneys' fees or costs by the Court.

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be executed in counterparts and by scanned signatures, which shall have the same force and effect as original signatures.

| | |
|---|---|
| Nichols Law, P.C.<br>*Attorneys for Plaintiff*<br><br>By: _/s/ Sarah R. Nichols_<br>Sarah R. Nichols<br>75 Broadway<br>Suite 202<br>San Francisco, CA 94127<br>T: 415-710-9116<br>E: Sarah@nicholslawyer.com | JACKSON LEWIS P.C.<br>*Attorneys for Defendants*<br><br>By: _/s/ Wendy J. Melk_<br>Wendy J. Mellk<br>666 Third Avenue, 29th Floor<br>New York, NY 10017<br>T: 212-545-4000<br>E: wendy.mellk@jacksonlewis.com |