**FILED**
**CLERK**

1:44 pm, Jul 06,2022

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

——————————————————————————X

MICHELLE FARABAUGH,

Plaintiff,

-against-

1-800-FLOWERS.COM, INC. and HARRY
and DAVID, LLC,

Defendants.

——————————————————————————X

Civ. No.: 2:21CV-06694

**STIPULATION OF DISMISSAL**
**WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the attorneys

for Plaintiff Michelle Farabaugh ("Plaintiff") and the attorneys for Defendants 1-800-

Flowers.com, Inc. and Harry and David, LLC ("Defendants"), that the above-captioned action be

and is hereby dismissed and discontinued in its entirety as against Defendants with prejudice, and

with no award of attorneys' fees or costs by the Court.

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be

executed in counterparts and by scanned signatures, which shall have the same force and effect as

original signatures.

Nichols Law, P.C.
*Attorneys for Plaintiff*

By:  */s/ Sarah R. Nichols*
Sarah R. Nichols
75 Broadway
Suite 202
San Francisco, CA 94127
T: 415-710-9116
E: Sarah@nicholslawyer.com

JACKSON LEWIS P.C.
*Attorneys for Defendants*

By:  */s/ Wendy J. Melk*
Wendy J. Mellk
666 Third Avenue, 29th Floor
New York, NY 10017
T: 212-545-4000
E: wendy.mellk@jacksonlewis.com

Case closed.
SO ORDERED.
/s/ JMA, USDJ
7/6/2022